# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**JUDITH MARCIA WILLIAMS,**

    *Plaintiff*,

**v.**                                **Case No.: 4:22cv461-MW/MAF**

**PIGGLY WIGGLY GROCERY
STORE, and JESSE MOORE,**

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 17. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 17, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's third amended complaint, ECF No. 15, is **DISMISSED as frivolous**." The Clerk shall close the file.

**SO ORDERED on April 10, 2023.**

                              **s/Mark E. Walker**_____
                              **Chief United States District Judge**